UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:12-cr-00008 |
| | ) | |
| v. | ) | Honorable Paul L. Maloney |
| | ) | |
| ANDREW FRANCIS BABCOCK, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**REPORT AND RECOMMENDATION**

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on May 11, 2012, after receiving the written consent of defendant and all counsel. At the hearing, defendant Andrew Francis Babcock entered a plea of guilty to Counts One, Two, and Three of the Superseding Felony Information in exchange for the undertakings made by the government in the written plea agreement. Defendant also agrees to forfeit the property listed in the Forfeiture Allegation. Counts One and Two charge the defendant with distributing pornography 18 U.S.C. §§ 2252A (a) (2) (A) and (b) (1). Count Three charges the defendant with possessing child pornography in violation of 18 U.S.C. §§ 2252A (a) (2) (A) and (b) (2). The Forfeiture Allegation provides for the forfeiture of visual depictions and matter containing such visual depictions; and any property, real or personal, used or intended to be used to commit or promote the commission of violations of 18 U.S.C. § 2252A. On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full

understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

I therefore recommend that defendant's plea of guilty to Counts One, Two, and Three of the Superseding Felony Information be accepted, that the court adjudicate defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing. Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.

Date:  May 11, 2012                                      /s/ Ellen S. Carmody
                                                        ELLEN S. CARMODY
                                                        United States Magistrate Judge

### NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than 14 days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).